```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-15647-elf
Curtis A Raymond                                                    Chapter 13
Anne M Raymond
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 1              Date Rcvd: Apr 22, 2020
                              Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db/jdb         +Curtis A Raymond,   Anne M Raymond,   45 Primrose Lane,   Levittown, PA 19054-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Anne M Raymond brad@sadeklaw.com,   bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Curtis A Raymond brad@sadeklaw.com,   bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Curtis A Raymond and Anne M Raymond

    Debtor(s)                 Chapter: 13

                                Bankruptcy No: 19−15647−elf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 21, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                       Eric L. Frank
                                       Judge ,
                                       United States Bankruptcy Court

                                                         38
                                                Form 155