United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Curtis A Raymond  
Anne M Raymond  
      Debtors

Case No. 19-15647-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db/jdb     +Curtis A Raymond,   Anne M Raymond,   45 Primrose Lane,   Levittown, PA 19054-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 24 2020 03:59:38  
       Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901  
                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:  
       BRAD J. SADEK    on behalf of Joint Debtor Anne M Raymond brad@sadeklaw.com,   bradsadek@gmail.com  
       BRAD J. SADEK    on behalf of Debtor Curtis A Raymond brad@sadeklaw.com,   bradsadek@gmail.com  
       REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    Curtis A. Raymond | : | |
|    Anne M. Raymond | : | |
| | : | Case No.:  19-15647ELF |
| Debtor(s) | : | |

# ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,545.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated:    4/23/20

Judge Eric L. Frank