**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 19-15647-ELF

CURTIS A RAYMOND
ANNE M RAYMOND
45 PRIMROSE LANE

LEVITTOWN, PA 19054-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CURTIS A RAYMOND
    ANNE M RAYMOND
    45 PRIMROSE LANE

    LEVITTOWN, PA 19054-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                      /S/ Kenneth E. West

Date: 11/8/2021                              _____

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee