**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | CURTIS A. RAYMOND | : | Chapter 13 |
| | ANNE M. RAYMOND, | : | |
| | | : | |
| | Debtors | : | Bky. No. 19-15647 ELF |

# O R D E R

**AND NOW**, upon consideration of Debtor's Counsel's Application for Supplemental Compensation (Doc. # 64) ("the Application") and the court having reviewed the Trustee Case Report available at https://www.ndc.org;

It is hereby **ORDERED** that:

1. A status hearing is **SCHEDULED** on **December 21, 2021**, **at 1:00 p.m.**, at which time the Trustee will explain to the court the basis for what appear to be disbursements from the Trustee's account under the previously confirmed chapter 13 plan, made after the dismissal of this case on **December 7, 2021**. See Trustee Case Report (Account Ledger).

2. A hearing on the Application is **SCHEDULED** on **February 1, 2022, at 1:00 p.m.**[1]

3. The Trustee shall make no further disbursements pending further order of the court.

Date: December 16, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Prior to the hearing on the Application, the court will enter a Memorandum describing the issues to be considered at the hearing.