IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Curtis A. Raymond | : | Chapter 13 |
|    Anne M Raymond | : | Case No. 19-15647-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Vacate Order Granting Dismissal* and respectfully request that the Order attached to the Motion be entered.

Dated: January 3, 2022                                  /s/ Brad J. Sadek, Esquire
                                                                                 Brad J. Sadek, Esquire
                                                                                  Sadek and Cooper Law Offices, LLC
                                                                                  1315 Walnut Street, Suite 502
                                                                                  Philadelphia, Pa 19107
                                                                                  215-545-0008