**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CURTIS A. RAYMOND | : | |
|    ANNE M. RAYMOND, | : | |
|               Debtors | : | Bky. No.  19-15647 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 7, 2021 (Doc. #66 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: January 12, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**