**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Curtis A. Raymond | : | Chapter 13 |
| Anne M. Raymond | : | Case No.: 19-15647-ELF |
| Debtor(s) | : | |

**O R D E R**

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $800.00. **PROVIDED HOWEVER**, that if counsel files an Election to Amend the Application on or before **January 21, 2022**, stating that the Application shall include the time period ending January 12, 2022, supplemental compensation of $1,000.00 is **ALLOWED** and may be distributed by the chapter 13 trustee. If no Election is filed, the first sentence of this paragraph shall apply.

**Dated:** 1/12/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**