# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Curtis A Raymond | : | |
| Anne M Raymond | : | |
| | : | Case No.: 19-15647-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: March 30, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, Pa 19102
215-545-0008