UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Curtis A Raymond | : | |
|    Anne M Raymond | : | Chapter 13 |
| | : | |
|    Debtors | : | Case No.: 19-15647-PMM |

**<u>O R D E R</u>**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall be $1,916.00 per month

for 18 months


FURTHER ORDERED:


Dated:_____     _____
                                                          HONORABLE PATRICIA M. MAYER
                                                        U.S. BANKRUPTCY JUDGE