CURTUS**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **CURTIS A. RAYMOND** | : |  |
| **ANNE M. RAYMOND,** | : |  |
|  | : | Case No. 19-15647 (PMM) |
|  | : |  |
| **Debtor[s]** | : |  |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #88  the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 93) is **approved**.

**Date:  April 11, 2023**

*Patricia M. Mayer*
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**