Certificate Number: 03088-PAE-DE-039047255

Bankruptcy Case Number: 19-15647



03088-PAE-DE-039047255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2024, at 11:41 o'clock AM CST, Anne Marie Raymond completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 8, 2024             By:   /s/Doug Tonne

                                     Name:  Doug Tonne

                                     Title:  Counselor