United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15647-pmm
Curtis A Raymond  Chapter 13
Anne M Raymond
　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Nov 19, 2024　　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis A Raymond, Anne M Raymond, 45 Primrose Lane, Levittown, PA 19054-3615 |
| 14448619 | + | U.S. Bank National Association, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14386698 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2024 00:28:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14621720 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 00:38:19 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14411604 | | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2024 00:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14408844 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:26:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14386699 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 20 2024 00:38:44 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406681 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 00:26:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14420735 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 00:39:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14408566 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 00:39:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14395061 | + | Email/Text: bankruptcy@cavps.com | Nov 20 2024 00:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14386700 | | Email/Text: mrdiscen@discover.com | Nov 20 2024 00:28:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14386701 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 20 2024 00:29:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14758595 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2024 00:29:00 | Internal Revenue Service, P O BOX 7346, |

Case 19-15647-pmm   Doc 116   Filed 11/21/24   Entered 11/22/24 00:41:47   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia PA 19101-7346 |
| 14391733 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:38:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427997 | + | Email/Text: wendy.jenkins166@gmail.com | Nov 20 2024 00:29:00 | Linear Mortgage, LLC, 1970 Main Street, Suite 201, Sarasota, FL 34236-5923 |
| 14393897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2024 00:27:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14419342 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14386702 | + | Email/Text: bankruptcy@onlineis.com | Nov 20 2024 00:29:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 14386703 | | Email/Text: blegal@phfa.org | Nov 20 2024 00:29:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14420895 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:38:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14389562 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14389560 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14386704 | + | Email/Text: clientservices@remexinc.com | Nov 20 2024 00:29:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 14478612 | + | Email/Text: blegal@phfa.org | Nov 20 2024 00:29:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Anne M Raymond brad@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

**BRAD J. SADEK**

on behalf of Debtor Curtis A Raymond brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

**DENISE ELIZABETH CARLON**

on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

**KENNETH E. WEST**

ecfemails@ph13trustee.com  philaecf@gmail.com

**LEON P. HALLER**

on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 115 − 112

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Curtis A Raymond ) Case No. 19−15647−pmm
    )
    )
   Anne M Raymond ) Chapter: 13
    )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024

For The Court

Timothy B. McGrath
Clerk of Court